IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR0404 |
| | ) | |
| Plaintiff, | ) | **ORDER FOR DEFENDANT'S** |
| | ) | **TRANSPORTATION AND FOR** |
| v. | ) | **RELEASE FROM CUSTODY AND** |
| | ) | **DISCHARGE FROM** |
| THOMAS WHITE, JR., | ) | **SUPERVISION UPON ARRIVAL** |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the Defendant's unopposed motion, Doc No  83  .

UPON CONSIDERATION, THE COURT ORDERS AS FOLLOWS:

1. That the U.S. Marshal will transport the Defendant from his place of detention to the U.S. courthouse in Omaha, Nebraska as soon as practicable.

2. That upon arrival, the pending violation matters will be deemed dismissed, and the Defendant will be released from custody and discharged from supervision without further hearing.

SO ORDERED this  2nd  day of April, 2020.

_____
LAURIE SMITH CAMP
SENIOR UNITED STATES DISTRICT JUDGE

1